UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WEST, JR., | No. 2:22-cv-01897-WBS-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| C. CORTEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 21, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 21, 2023 (ECF No. 27), are adopted in full.

1

      2. Defendants' July 26, 2023 motion to dismiss (ECF No. 22) is GRANTED IN PART such that:

      a. Plaintiff's claims for damages against defendants in their official capacities are dismissed with prejudice as barred by the 11th Amendment;

      b. Plaintiff's claims for injunctive and declaratory relief against defendants are dismissed as moot.

      3. Defendants' motion to dismiss is OTHERWISE DENIED, such that plaintiff's general request for "declaratory relief as may be appropriate" is allowed to stand.

Dated: January 16, 2024

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE