UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WEST, JR., <br><br> Plaintiff, <br><br> v. <br><br> C. CORTEZ, et al., <br><br> Defendants. | No. 2:22-cv-01897-WBS-EFB (PC) <br><br><br> ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On January 17, 2024, the court granted defendants' motion to dismiss in part.  ECF No. 28.  Plaintiff appealed that order, and the Ninth Circuit dismissed the appeal on March 1, 2024.  ECF No. 35.

As claims remain following the court's January 17, 2024 ruling, IT IS HEREBY ORDERED that defendants shall file an answer to plaintiff's amended complaint (ECF No. 14) within 14 days of the date of this order.  Fed. R. Civ. P. 12(a)(4).

Dated: March 25, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1