IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY WEST, Jr.,** | Case No. 2:22-cv-01897-WBS-EFB |
| Plaintiff, | [PROPOSED] **ORDER** |
| **v.** | |
| **C. CORTEZ, et al.,** | |
| Defendants. | |

Defendants Kibler, Crowe & Cortez (Defendants) moved for an extension of time to file a dispositive motion.  Based on the moving papers and supporting declaration, the Court finds good cause to grant the application.

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Defendants' requested extension of time is GRANTED;

2.    Defendants may file a dispositive motion no later than April 28, 2026.

Dated:  February 23, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:22-cv-01897-WBS-EFB)